FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U. S. C. Sec. 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
__Eastern__ DISTRICT OF ARKANSAS
_____ DIVISION

1:12CV00044 JLH/BD

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: __Stephen Edwards__
   ADC# __92127__
   Address: __P.O. Box 1630, Malvern Ar. 72104__

   Name of Plaintiff: _____
   ADC# _____
   Address: _____

   This case assigned to District Judge __Holmes__
   and to Magistrate Judge __Deere__

   Name of Plaintiff: _____
   ADC# _____
   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of Defendant: __Wendy Kelley__
   Position: __Deputy Director / Programs, Medical__
   Place of Employment: __Arkansas Dept. of Corrections - State of Arkansas__
   Address: __P.O. Box 8707, Pine Bluff, Ar. 71611-8707__

1

Name of **Defendant:** Dr. Anderson
Position: Regional Medical Director - State of Arkansas
Place of Employment: Corizon Medical Services Inc.
Address: 12647 Olive Blvd., St. Louis, Missouri 63144-6345

Name of **Defendant:** Bernard Williams
Position: Health Services Administrator - CMS
Place of Employment: Corizon Medical Services Inc.
Address: 12647 Olive Blvd., St. Louis, Missouri 63144-6345

Name of **Defendant:** Corizon Medical Services Inc.
Position: Medical Services Company - Employer Medical Personell
Place of Employment: Arkansas Dept. of Corrections
Address: 12647 Olive Blvd, St Louis, Missouri 63144-6345

Name of **Defendant:** Dr. Michelle Bishop M.D.
Position: On site Medical Director - NCU (A.D.C.)
Place of Employment: Corizon Medical Services Inc.
Address: 12647 Olive Blvd, St. Louis, Missouri 63144-6345

Name of **Defendant:** Dr. Irvin M.D.
Position: On-site Medical Director - NCU (A.D.C.)
Place of Employment: Corizon Medical Services Inc.
Address: 12647 Olive Blvd, St. Louis, Missouri 63144-6345

Name of **Defendant:** Jodi Lafevers APN
Position: APN - NCU (A.D.C.)
Place of Employment: Corizon Medical Services Inc.
Address: 12647 Olive Blvd, St Louis, Missouri 63144-6345

ORCU Legal Use Only

NAME OF DEFENDANT: John and Jane Doe's
POSITION: Supervisory Personel - Vice Pres., President, CEO
PLACE OF EMPLOYMENT: Corizon Medical Services Inc.
Address: 12647 Olive Blvd, St. Louis, Missouri 63144-6345

Page ____

ORCU Legal Use Only

Name of Defendant: David White
Position: Warden - North Central Unit
Place of Employment: State of Arkansas - Arkansas Dept. of Corrections
Address: 10 Prison Circle, Calico Rock Ar. 72519

Name of Defendant: David Ware - M.D.
Position: On-site Medical Director - ORCU, Malvern
Place of Employment: CMS - Corizon Medical Services
Address: 100 Walco Ln, PO Box 1630, Malvern Ar. 72104

Name of Defendant: Ray Hobbs
Position: Director - Arkansas Dept. of Corrections
Place of Employment: State of Arkansas - Department of Corrections
Address: P.O. Box 8707, Pine Bluff Arkansas 71611-8707

II. Are you suing the defendants in:

_____ Official capacity only

_____ Personal capacity only

__X__ Both official and personal capacity


III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __X__

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the Previous lawsuit:

Plaintiffs: _____

_____

2

          Defendants: _____

    2.    Court (If federal court, name the district; if state court, name the county):

    3.    Docket Number: _____

    4.    Name of Judge to whom case was assigned: _____

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

IV.    Place of present confinement: **Ouachita River Unit - Arkansas Dept. of Corrections, 100 Walco Ln, Malvern Ar. 72104**

V.    At the time of the alleged incident(s), were you:
(Check appropriate blank)

    _____ In jail and still awaiting trial on pending criminal charges

    __X__ Serving a sentence as a result of a judgment of conviction

    _____ In jail for other reasons (e.g., alleged probation violation, etc.)

    Explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997 e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__  No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __X__  No _____

If Not, why? _____

_____

_____

_____

VII. Statement of Claim

State here (as briefly as possible) the <u>Facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attached !

4

## STATEMENT OF CLAIM

In November 2009, I was incarcerated at the Grimes Unit of the Arkansas Dept. of Correction. During this time a large painful knot appeared on the bottom of my left foot. Also at this time an almost complete retraction of the pinkie finger on my left hand occurred. I went to sick call literally dozens of times to seek help for this painful condition. Over the next "28 months" while at the Grimes, North Central and Ouachita River units, I was told countless times, "we know it's got to hurt" we'll get you to see a specialist when we can. Nearly eight months of constant pain. A knot and a finger that was obvious to anyone who looked. And agreed by all that it must be painful. A condition that was obviously painful and mostly ignored by the defendant's for twenty eight months. Everyone saying that Dr. Anderson as Medical Director must approve.

At one time or another defendant's Bishop, Irvin, Ware and Williams all said they were going to send me to a specialist. In the time period from Nov. 2009 until Jan. 2012, I saw "no specialist" until January 20, 2012. On January 20, 2012, I was finally seen by Orthopedic Surgeon Dr. Crowell in Pine Bluff. After an examination that lasted less than "5" minutes, Dr. Crowell stated he was scheduling me for surgery on my foot and was referring me to the hand clinic for my finger.

In less than "5" minutes Dr. Crowell confirmed that my medical needs were sufficient to warrant surgery and confirmed he could understand why the condition was painful.

I begged for almost 2 ½ years for someone to help me with my foot and finger. The first "specialist" I saw, took less than "5" minutes to confirm the need for surgery. This was "2 ½ years" of pain, I need not have endured!

I was seen by Doctor's Irvin, Bishop, Ware and Calendine, multiple, multiple times and still was not seen by a specialist. Dr. Anderson, the Regional Medical Director for Corizon Medical and responsible for the Arkansas Dept. of Correction, had first hand knowledge of my case, actively participated in my treatment and lack of treatment. He was no only an active participant in my treatment, but had overall authority in my case. It is documented that Corizon Medical Services Inc., is the contracting medical provider for the Arkansas Dept, of Corrections and the employer of defendant's Anderson, Ware, Williams, Bishop, Irvin and John and

Jane Doe's. Bernard Williams was the Health Service's Administrator for North Central Unit. Mr. Williams was very much aware of my medical condition and also chose to ignore it. Doctor Bishop at the times she examined me, was the on-site Medical Director as was Doctor Irvin her predecessor, both of whom stated numerous times they would get me to see a specialist.

I filed numerous grievances and pursued them to different levels, having dropped some after being assured they would get me help, it didn't come. The final grievance was pursued and exhausted with the final determined made by Ms. Wendy Kelley, Deputy Director of Medical and Programs for the Arkansas Department of Correction. The final decision made by her "2 days after" my surgery, stating the grievance had "no merit". Numerous of my grievances were exhausted as required.

I have still not been seen by a specialist concerning my finger. The pain is daily and almost constant. The condition limits the use of my left hand. Again, a condition acknowledged, but for the most part ignored by the defendant's.

The daily pain for over 2 ½ years could have been prevented or avoided. The pain I continue to have in my foot and my finger need not be. This could have been remedied 2 ½ years ago.

Deputy Director Wendy Kelley had first hand knowledge of my medical problems and was very aware of the manner in which CMS operated. As the final say in the grievance procedure, and as Deputy Director over Medical, she oversaw all practices and policies concerning Corizon Medical Services. And, she could have and should have intervened on my behalf at any time.

Ray Hobbs, as Director of the Arkansas Dept. of Correction, was or should have been aware of the many problems concerning Corizon Medical Services and the exhorbant amount of grievance concerning treatment by their staff. As the Director, he is the overall supervisor for the State of Arkansas.

The above defendants have both individually and collectively worked to deprive me of my rights under the 8th and 14th Amendments of the Constitution. The deliberate indifference show is a direct violation of the 8th Amendment to the Constitution.

I declare under penalty of perjury (18 U.S.C § 1621) that the foregoing is true and correct.

Executed on this __10th__ day of __MAY__, 2012.

*Steve Edwards*
**Steve Edwards**

VIII.   Relief

State briefly exactly what **YOU** want the court to do for YOU.  Make **no legal arguments. Cite no cases or statutes.**

Order adequate and timely medical treatment for my foot and finger, to include all future related treatments. ORDER monetary damages as follows: Compensatory damages in the amount of $500,000 (Five Hundred Thousand) each, and punitive in the amount of $100,000 (One Hundred Thousand) each, from defendant's: R. Hobbs, W. Kelley, D. White, B. Williams, and J. Lafever's. Compensatory damages in the amount of $1,000,000 (One million) each, and punitive in the amount of $500,000 (Five Hundred Thousand) each from defendant's: Dr. J Irvin, Dr. M. Bishop, and Dr. D. Ware. Compensatory in amount of $4,000,000 (Four million) each, and punitive of $1,000,000 (One million) from defendant's: Dr. Anderson, and Corizon Medical Services Inc., John & Jane Doe - Supervisory Personnel (Vice Pres., President, CEO - CMS Inc.)

I declare under penalty of perjury (18 U. S. C. § 1621) that the foregoing is true and correct.

Executed on this ___10th___ day of ___MAY___, 20_12_.

_Steve Edwards_

Signature(s) of plaintiff(s)

5

STATE OF ARKANSAS            )
                             )  SS
COUNTY OF Hot Springs        )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 27th day of April, 2012.

_____ME G_____
NOTARY PUBLIC

My Commission Expires: 6/1/17

```
M. E. GUNTER
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 06-01-2017
Commission # 12360962
```