IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEPHEN EDWARDS                                                                                    PLAINTIFF
ADC #92127

v.                                            NO. 1:12CV00044 JLH/BD

WENDY KELLEY, *et al*.                                                                        DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Edwards's timely objections, as well as a *de novo* review of the record, the Court concludes that the recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Edwards's motion to supplement his complaint and for injunctive relief is DENIED. Document #26.

IT IS SO ORDERED this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE