**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**STEPHEN EDWARDS,**                                                                    **PLAINTIFF**
**ADC #92127**

**V.**                          **CASE NO. 1:12CV00044-JLH-BD**

**WENDY KELLEY,** *et al.*                                                              **DEFENDANTS**

**ORDER**

Plaintiff was granted leave to proceed *in forma pauperis* on May 21, 2012, in this lawsuit filed under 42 U.S.C. § 1983. Service of the Complaint as to Defendants John Irvin and Roland Anderson was returned by Corizon, Inc. ("Corizon") unexecuted. Corizon states that Dr. Irvin and Dr. Anderson are no longer its employees or independent contractors. Corizon is not authorized to accept service of process for these Defendants. (Docket entries #12, 13) Corizon has provided the last-known addresses for Drs. Irvin and Anderson, under seal.

The Clerk of the Court is directed to re-issue summonses for Defendants Irvin and Anderson. The United States Marshal is directed to serve the Summons and Complaint (#2), together with any attachments, on these Defendants at their last-known addresses provided under seal, without prepayment of fees and costs or security

A summons issued to Defendant David White was also returned by Corizon, Inc. unexecuted. The Clerk is asked to re-issue a summons for Defendant David White, whom Mr. Edwards has identified as Warden of the North Central Unit of the Arkansas Department of Correction. The United States Marshal is directed to serve the Summons

and Complaint (#2), together with any attachments, upon Mr. White in care of the ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or security.

The Clerk is also directed to update the docket sheet to indicate the full names of Defendants Anderson and Irvin.

IT IS SO ORDERED, this 13th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE