# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STEPHEN EDWARDS              PLAINTIFF
ADC #92127

v.                     NO. 1:12CV00044 JLH/BD

WENDY KELLEY, *et al.*              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motion to dismiss is GRANTED. Document #83. Edwards' claims against defendants Hallworth and Courtney are DISMISSED without prejudice.

IT IS SO ORDERED this 31st day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE