## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEPHEN EDWARDS                                                                               PLAINTIFF
ADC #92127

v.                                         NO. 1:12CV00044 JLH/BD

WENDY KELLEY, et al.                                                                        DEFENDANTS

## ORDER

The Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The defendants' motions for summary judgment are GRANTED. Documents #119 and #122. Stephen Edwards' claims are DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE