**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

STEPHEN EDWARDS                                                                                        PLAINTIFF
ADC #92127

v.                                              NO. 1:12CV00044 JLH/BD

WENDY KELLEY, et al.                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE